IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRANDON L. COLEMAN, and all similarly situated persons,<br><br>    Plaintiffs,<br><br>    v.<br><br>HERE TO SERVE RESTAURANTS, INC. and its affiliated companies, and LEIGH CATHERALL, individually,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:15-CV-3563-SCJ |

## ORDER

This matter is before the Court on the parties' proposed Settlement Agreement [Doc. No. 102-1], which is hereby **APPROVED**. It is therefore **ORDERED** that this action is **DISMISSED** this Court retains jurisdiction over this case to enforce the terms of the Settlement Agreement.

**IT IS SO ORDERED**, this 30th day of May, 2018.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE