## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| BRANDON L. COLEMAN, and all similarly situated persons, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action File No. 15-cv-03563-SCJ |
| HERETO SERVE RESTAURANTS, INC., and its affiliated companies, and LEIGH CATHERALL, individually, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Brandon Coleman and his counsel hereby appeal to the United States Court of Appeals for the Eleventh Circuit from:

(1) the Order of March 29, 2016 (Docket 62) granting Defendant Oasis Outsourcing, Inc.'s Motion for Sanctions (Docket 39);

(2) the Order of November 21, 2016 (Docket 84) denying Plaintiff's Motion for Reconsideration of the March 29, 2016 Order (Docket 68) and granting in part Defendant Oasis Outsourcing, Inc.'s Motion for Attorneys' Fees (Docket 66);

(3) the Order of January 18, 2017 (Docket 85) granting Defendant Oasis Outsourcing, Inc.'s Motion for Summary Judgment (Docket 77); and

-2-

(4) the Court's Order dated May 30, 2018 (Docket 108), approving the

settlement agreement and dismissing this entire matter.

This the 27th day of June, 2018.

Respectfully submitted,

GARY R. KESSLER, P.C.


/s/ Gary R. Kessler
Gary R. Kessler
Georgia Bar 416562
3379 Peachtree Road, NE
Suite 400
Atlanta, Georgia 30326
404-237-1020 (office)
gkessler@martensonlaw.com
ATTORNEY FOR PLAINTIFF

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| BRANDON L. COLEMAN, and all similarly situated persons, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Civil Action File |
| vs. | ) | No. 15-cv-03563-SCJ |
| | ) | |
| HERETO SERVE RESTAURANTS, INC., and its affiliated companies, and LEIGH CATHERALL, individually, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of June, 2018, I electronically filed the foregoing Notice of Appeal with the Clerk of Court using the CM/ECF which will automatically send e-mail notification of such filing to the following attorneys of record:

R. David Ware
Hall Booth Smith, PC
191 Peachtree Street, NE
Suite 2900
Atlanta, GA 30303-1775

Christopher Baker Hall
Peter Andrew Lampros
Hall & Lampros, LLP
Promenade Two, Suite 950
1230 Peachtree Street, NE
Atlanta, GA 30309
chall@hallandlampros.com
alampros@hallandlampros.com